STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ANDREW GOVERNALE, JR., DEFENDANT-PETITIONER.

*Mr. Angelo R. Bianchi* and *Mr. Anthony T. Colasanti* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Robert L. Podvey* for the respondent.

April 14, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. CLIFFORD S. NEWKIRK, DEFENDANT-PETITIONER.

*Mr. Clifford S. Newkirk in propria persona.*

*Mr. Gerard J. DiNicola* for the respondent.

April 14, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MAXIE MARTIN, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Richard Newman* for the petitioner.

*Mr. Charles M. Egan, Jr.* and *Mr. Stephen S. Weinstein* for the respondent.

April 14, 1970. Denied.